# Court of Appeals
## Tenth Appellate District of Texas

### 10-25-00116-CR

The State of Texas,
Appellant

v.

Terry Neal Hanna, Jr.,
Appellee

On appeal from the
13th District Court of Navarro County, Texas
Judge James E. Lagomarsino, presiding
Trial Court Cause No. D41552-CR

CHIEF JUSTICE JOHNSON delivered the opinion of the Court.

## MEMORANDUM OPINION

The State appealed from the trial court's "Order on Defendant's Motion to Dismiss Based on Prosecutorial Vindictiveness" signed by the trial court on May 1, 2025. The trial court's order dismissed the indictment against Hanna, Jr. with prejudice to refiling. The State has filed a "State's Notice for Non-Suit with Prejudice" with this Court on June 18, 2025, which we will construe as a voluntary motion to dismiss the appeal. *See* TEX. R. APP. P. 42.2(a).

Accordingly, the State's motion to voluntarily dismiss the appeal is granted, and this appeal is dismissed with prejudice. *Id.*

_____
MATT JOHNSON
Chief Justice

OPINION DELIVERED and FILED:  June 26, 2025

Before Chief Justice Johnson,
      Justice Smith, and
      Justice Harris
Appeal dismissed
Do not publish
CR25

